(JS-6)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN IVANIA DUENAS and JOSEPH DANIEL DUENAS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, KENNETH HOON, JOSE AYALA, JEFFREY ANDREWS and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | No. 5:21-CV-01645-JGB-SPx<br><br>Hon. Jesus G. Bernal<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** |

///

1

ORDER

After consideration of the parties' joint stipulation to dismiss this entire action with prejudice, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. This entire action, including all claims against all parties, is hereby dismissed with prejudice with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: March 27, 2023

Hon. Jesus G. Bernal
United States District Court Judge